NUMBERS 13-02-369-CR
and 13-02-389-CR

 

                             COURT OF APPEALS

 

                   THIRTEENTH DISTRICT OF TEXAS

 

                                CORPUS CHRISTI

__________________________________________________________________

 

MARY
ESQUIVEL,                                                                 Appellant,

 

                                                   v.

 

THE STATE OF TEXAS,                                                          Appellee.

__________________________________________________________________

 

                        On appeal from the 347th District Court 

                                  of Nueces County, Texas.

___________________________________________________________________

 

                                   O P I N I O N

 

         Before Chief Justice Valdez
and Justices Hinojosa and Yanez

                                       Opinion Per Curiam

 








Appellant, MARY ESQUIVEL,
perfected appeals from 
judgments entered by the 347th District Court of Nueces County, Texas,  in
cause numbers 01-CR-2710-H and 01-CR-4162-H(S1).  Appellant has filed  motions to dismiss the appeals in both
causes.  The motions comply with Tex. R. App. P. 42.2(a).

The Court, having considered the documents on file and appellant=s motions to dismiss
the appeals, is of the opinion that appellant's motions to dismiss the appeals
should be granted.  Appellant's motions
to dismiss the appeals in both causes are granted, and the appeals are hereby
DISMISSED.

PER CURIAM

Do not publish.

Tex.
R. App. P.
47.3.

Opinion delivered and
filed this

the 15th
day of August, 2002.